UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

BRIAN BEST,

        Plaintiff,

vs.

MEREDITH BERESFORD, *et al.*,

        Defendants.

Case No.: 3:18-CV-00554-RCJ-WGC

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 16)

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 16[1]) entered on July 31, 2019, recommending that the Court dismiss the complaint with prejudice, and the motion for injunctive relief be denied as moot. No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 16) entered on July 31, 2019, is ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

1

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion or Injunctive Relief (ECF No. 6) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 20th day of August, 2019.

_____
ROBERT C. JONES
Senior District Judge